IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELAINE L. CHAO, SECRETARY,
UNITED STATES DEPARTMENT OF LABOR,
200 Constitution Avenue, N.W.,
Washington, D.C.  20210

                 Plaintiff,

     v.

                              Case No. AMD-01-4151

LOCAL NO. S33, INDUSTRIAL UNION OF
MARINE AND SHIPBUILDING WORKERS
OF AMERICA, DISTRICT LODGE #4 OF THE
INTERNATIONAL ASSOCIATION OF
MACHINIST AND AEROSPACE WORKERS
OF AMERICA, AFL-CIO,
719-23 East Fort Avenue
Baltimore, Maryland 21230

               Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*(stamp)* FILED ___ LODGED ___ ENTERED ___ RECEIVED
NOV 2 2 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

*(handwritten)* GRANTED this 22nd day of Nov., 2002

*(signature)* Andre M. Davis

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff respectfully moves this Court, based upon the attached Certification of Election, for entry of the attached Judgment declaring the persons certified by the plaintiff as having been elected to offices of Local No. S33, Industrial Union of Marine and Shipbuilding Workers of America, District Lodge #4 of the International Association of Machinists and Aerospace workers of America, AFL-CIO, (hereinafter "Local S33") to be, and that they are, the duly elected officeholders of Local S-33.

Counsel for the defendant has stated that they do not oppose entry of the proposed Final

Judgment.

|  | Respectfully submitted, |
| --- | --- |
| Elaine L. Chao | |
| Solicitor of Labor | Robert McCallum |
| | Assistant Attorney General |
| Carol DeDeo | |
| Associate Solicitor | Thomas M. DiBiagio |
| | United States Attorney |

By: _____

*Jamie M. Bennett*

JAMIE M. BENNETT

Andrew Auerbach
Counsel for Litigation

Assistant United States Attorney
6625 U.S. Courthouse

Catherine Oliver Murphy
Regional Solicitor

101 W. Lombard Street
Baltimore, Maryland 21201

James E. McQuade
Attorney

Attorneys for Plaintiff

U.S. Department of Labor
Of Counsel